JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN MARTINEZ,** individually and on behalf of all others similarly situated, ) )  )  ) | Case No. EDCV 17-2117-GW(SHKx) |
| Plaintiff, ) ) | **ORDER TO DISMISS WITHOUT PREJUDICE** |
| vs. ) ) | |
| **Prince-Parker and Associates, Inc.**, ) ) | |
| Defendants. ) ) | |

IT IS HEREBY ORDERED that pursuant to the Notice of Plaintiff, this matter is dismissed with prejudice as to Plaintiff's claims, and without prejudice as to the putative Class's claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated this 22nd Day of December, 2017.


_____
GEORGE H. WU, U.S. District Judge